United States District Court
Middle District of Florida
Jacksonville Division

**VANESSA COLE,**

***Plaintiff,***

**v.** **NO. 3:25-cv-1268-WWB-PDB**

**S2 CASA DEL RIO LP,**

***Defendant.***

---

## Order

The court **strikes** the plaintiff's "Motion to Oppose Defendant's Settlement Offer," Doc. 50, and **directs** the clerk to remove the papers from the docket. Understanding what the plaintiff wants from the filing is difficult. Although the filing is labeled as a motion, the court can discern no requested relief, and the filing does not appear to be a demand for judgment under section 768.79 of the Florida Statutes. Moreover, settlement discussions are confidential in nature and should remain between the parties and off the public docket unless the court needs to know about them to decide a motion or for another valid reason.

The plaintiff is directed to review the November 21, 2025, notice providing information about filing documents with the court. *See* Doc. 11 at 2. She is also directed to review and comply with the district judge's standing order entered on April 2, 2026, requiring, at the end of any paper, a certificate about the use of generative artificial intelligence. The standing order is available on the district judge's page on the court's website,

www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-berger-standing-order-on-ai.pdf.

**Ordered** in Jacksonville, Florida, on September 2, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Vanessa Cole
20432 Glen Vista Lane
Crest Hill, IL 60403