United States District Court
Middle District of Florida
Jacksonville Division

**VANESSA COLE,**

***Plaintiff,***

**v.** **NO. 3:25-cv-1268-WWB-PDB**

**S2 CASA DEL RIO LP,**

***Defendant.***

---

## Order

The defendant moves to compel answers to interrogatories, Doc. 52, and responses to requests for production, Doc. 53. The plaintiff has not responded to the motions.

"A party may respond to a motion within fourteen days after service of the motion." Local Rule 3.01(d). "If a party fails to timely respond, the motion is subject to treatment as unopposed." *Id.*

Under Rule 37(a), Federal Rules of Civil Procedure, if a party fails to answer an interrogatory or produce documents, the requesting party may move for an order compelling an answer or production. Fed. R. Civ. P. 37(a)(3)(B). If a court grants a motion to compel, "the court must, after giving an opportunity to be heard, require the party … whose conduct necessitated the motion … to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Fed. R. Civ. P. 37(a)(5)(A). "But the court must not order this payment if: (i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action; (ii) the opposing

party's nondisclosure, response, or objection was substantially justified; or (iii) other circumstances make an award of expenses unjust." *Id.*

Because the plaintiff has failed to respond, the court treats the motions as unopposed and **grants** the motions, Docs. 52, 53, except to the extent that, considering the plaintiff's pro se status, the court will give her more time to comply than the defendant's requested five days, *see* Doc. 52 at 2; Doc. 53 at 2.

By **October 5, 2026**, the plaintiff must (1) respond to the discovery requests without objection and (2) show cause why the court should not sanction her under Rule 37(a)(5)(A).

**Ordered** in Jacksonville, Florida, on September 14, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Vanessa Cole
20432 Glen Vista Lane
Crest Hill, IL 60403