United States District Court
Middle District of Florida
Jacksonville Division

**VANESSA COLE,**

***Plaintiff,***

**v.** **NO. 3:25-cv-1268-WWB-PDB**

**S2 CASA DEL RIO LP,**

***Defendant.***

---

## Order

The plaintiff brought this action in state court to recover damages from S2 Casa Del Rio LP for alleged injuries and property damage she sustained while renting an apartment. Doc. 3. S2 Casa Del Rio LP removed the case to this court. Doc. 1. In a second amended complaint, the plaintiff names S2 Casa Del Rio LP and seven "investors, managers, owners, and partners" as defendants: (1) S2 Capital; (2) S2C FL Management, LLC; (3) S2 Casa Del Rio GP, LLC; (4) Casa Del Rio FL Properties LLC; (5) S2 Residential; (6) Scott Everett; and (7) Harold W. Bird II. Doc. 46 at 1–2. The court understands that the plaintiff is suing only on her own behalf because, although she includes allegations about her three minor grandchildren, *see, e.g.*, Doc. 46 at 7, she identifies only herself as the plaintiff, *see* Doc. 46 at 1.

This order addresses service of process and decides a pending motion.

**1.**

A plaintiff must complete service of process or obtain a waiver of service within 90 days of filing the complaint. Fed. R. Civ. P. 4(a)–(d), (m). "Within twenty-one days after service of a summons and complaint or receipt of a waiver, a party must file proof of service or the waiver." Local Rule 1.10(a). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

By **November 30, 2026**, the plaintiff must file proof of service of process or waivers of service of process for each of these seven defendants: (1) S2 Capital; (2) S2C FL Management, LLC; (3) S2 Casa Del Rio GP, LLC; (4) Casa Del Rio FL Properties LLC; (5) S2 Residential; (6) Scott Everett; and (7) Harold W. Bird II. By the same deadline, the plaintiff must show cause why the claim or claims against those defendants should not be dismissed for failure to timely file proof of service or waivers and otherwise prosecute the action against those defendants. **Failure to comply with these directives in a timely manner may result in the dismissal of these defendants.**

**2.**

S2 Casa Del Rio LP moves to compel the plaintiff's deposition and for sanctions. Doc. 55. The plaintiff opposes the motion. Doc. 58.

Under Rule 37, Federal Rules of Civil Procedure, a party may move for an order compelling discovery and for sanctions for another party's failure to appear at a properly noticed deposition. Fed. R. Civ. P. 37(a)(1), (d)(1)(A).

The motion to compel, Doc. 55, is **granted** to the extent that the plaintiff must appear for her deposition by video teleconference using Zoom or in person in Florida by **November 30, 2026**. The court **defers** ruling on the request for sanctions.

**Ordered** in Jacksonville, Florida, on November 5, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Vanessa Cole
20432 Glen Vista Lane
Crest Hill, IL 60403